# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MELODY L. WILLIAMS,

          Plaintiff,    :    Case No. 3:15-cv-388

                                                   District Judge Thomas M. Rose
-  vs  -                                   Magistrate Judge Michael R. Merz

OHIO DEPARTMENT OF REHABILITATION
 AND CORRECTIONS, et al.,

          Defendants.    :

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR WAIVER OF DOCUMENT FEES

      This case is before the Court on Plaintiff's Motion for Waiver of Document Fees (ECF No. 10). Because this litigation concerns the ability of Plaintiff to access the courts and the asserted obstruction of that right by persons at the Dayton Correctional Institution and because the Court believes it is important to resolve this issue on the merits but cannot do so without participation by the Defendants, it is hereby ORDERED:

1.     The Clerk shall furnish Plaintiff with one complete copy of ECF No. 7 without charge.

2. When/if Plaintiff furnishes the required US Marshal service forms and summons for the Defendants, the Clerk shall forward those documents to the Marshal with copies of the Complaint (ECF No. 7) for service.

January 4, 2016.

s/ *Michael R. Merz*
United States Magistrate Judge
