# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MELODY L. WILLIAMS, | : | Case No. 3:15-cv-388 |
| Plaintiff, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| | : | |
| OHIO DEPARMENT OF REHABILITATIONS AND CORRECTIONS, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 24), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's First Motion to Dismiss for Failure to State a Claim (ECF No. 20) is DENIED as moot.

May 26, 2016                                         THOMAS M. ROSE

                                                     _____
                                                     Thomas M. Rose
                                                     United States District Judge