# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Melody L. Williams, | : | |
|     Plaintiff, | : | Case No. 3:15cv00388 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| Ohio Department Of Rehabilitation And Corrections, *et al.*, | : | |
| | : | **DECISION AND ENTRY** |
|     Defendants. | | |

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #40), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on September 26, 2016 (Doc. #40) is ADOPTED in full;

2. Plaintiff's Motion for Class Certification and Motion for Appointment of Counsel (Doc. #29) are DENIED; and

3. Plaintiff's Motion to Set Aside Objections (Doc. #45) is DENIED as moot.

October 26, 2016

                                                             THOMAS M. ROSE

                                                        _____

                                                           Thomas M. Rose
                                               United States District Judge