# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Melody L. Williams, | : |
| Plaintiff, | : |
| | : Case No. 3:15cv00388 |
| vs. | : |
| | : District Judge Thomas M. Rose |
| Ohio Department of Rehabilitation And Corrections, *et al.*, | : Magistrate Judge Sharon L. Ovington |
| Defendants. | : |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Sharon L. Ovington (Doc. #64), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation docketed on June 2, 2017 (Doc. #64) is ADOPTED in full;

2. Plaintiff's Motion for Preventative Injunctive and Temporary Restraining Order (Preliminary Injunction) (Doc. #57) be DENIED.

June 21, 2017                                          *s/Thomas M. Rose

                                          _____
                                          Thomas M. Rose
                                          United States District Judge