# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| MELODY L. WILLIAMS, | : | Case No: 3:15-cv-388 |
|---|---|---|
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| OHIO DEPT. OF REHABILITATION AND CORRECTION, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER VACATING ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 67) FOR RECONSIDERATION IN LIGHT OF PLAINTIFF'S OBJECTIONS (DOC. 66)

This matter is before the Court on the Objections (Doc. 70) filed by Plaintiff Melody L. Williams ("Plaintiff") to the Court's Order (Doc. 67) adopting the Magistrate Judge's Report and Recommendations (Doc. 64) on Plaintiff's Motion for Preventative Injunction and Temporary Restraining Order (Doc. 57). Plaintiff is an incarcerated pro se litigant. Under the "prison mailbox rule," she timely submitted Objections (Doc. 66) to the Report and Recommendations (Doc. 64) to the Ohio Reformatory for Women on June 16, 2017. *Brand v. Motley*, 526 F.3d 921, 925 (6th Cir. 2008). When the Court entered its Order adopting the Report and Recommendations, however, it was not aware that Plaintiff's Objections had been timely submitted. As a result, the Court did not consider Plaintiff's Objections and incorrectly represented in its Order adopting the Report and Recommendations that no objections had been filed. For that reason, Plaintiff has filed well-founded Objections (Doc. 70) to the Court's Order.

To correct this error, which was inadvertent, the Court hereby **VACATES** its Order (Doc. 67) adopting the Report and Recommendations (Doc. 64) and will reconsider the Report and Recommendations in light of Plaintiff's Objections (Doc. 66).

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, July 7, 2017.

s/Thomas M. Rose

———————————————
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE