# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MELODY L. WILLIAMS, | : | Case No. 3:15-cv-00388 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| OHIO DEPARTMENT OF | : | |
| REHABILITATION AND | : | |
| CORRECTIONS, et al., | : | |
| | : | |
| Defendants. | : | |

---

# ORDER

---

In light of the presently pending Motions, and in the absence of prejudice to the parties, the final pretrial conference date (9/28/17), trial date (10/30/17), and related dates are hereby VACATED and will be re-set, if warranted, after the Court rules on the pending Motions.


September 20, 2017                                    *s/Sharon L. Ovington*
                                                     Sharon L. Ovington
                                                     United States Magistrate Judge